**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jared Hughes, | ) Case No. **CV 10-1361-PHX-NVW** |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| Global Credit & Collection Corporation, | ) |
| | ) |
| Defendant. | ) |

 **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having

been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days

within which to complete the settlement and to file a Dismissal in this matter. This Court

shall retain jurisdiction over this matter until fully resolved.


 Dated this 21st day of February, 2011.

 By: s/Marshall Meyers
 Marshall Meyers (020584)
 **WEISBERG & MEYERS, LLC**

Filed electronically on this 21st day of February, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 21st day of February, 2011 to:

Ms. Cynthia L. Fulton, Esq.
Fulton, Friedman & Gullace, LLP
2345 E. Thomas Rd., Ste. 460
Phoenix AZ 85016


By: s/Jessica DeCandia
     Jessica DeCandia