**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jared Hughes, | Case No. **CV 10-1361-PHX-NVW** |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| vs. | |
| Global Credit & Collection Corporation, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 25th day of May, 2011.

For Plaintiff, Jared Hughes,
 s/Marshall Meyers
Weisberg & Meyers, LLC

For Defendant, Global Credit & Collection Corporation,
 s/ Cynthia L. Fulton
Fulton, Friedman & Gullace, LLP

Filed electronically on this 25th day of May, 2011, with:
United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 25th day of May, 2011 to:

Ms. Cynthia L. Fulton, Esq.
Fulton, Friedman & Gullace, LLP
2345 E. Thomas Rd., Ste. 460
Phoenix AZ 85016

Copy of the foregoing was mailed this 18th day of May, 2011 to:

Honorable Neil V. Wake
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 524
401 West Washington Street, SPC 52
Phoenix AZ 85003

By: s/Jessica DeCandia
Jessica DeCandia