UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jared Hughes, | Case No. CV 10-1361-PHX-NVW |
| Plaintiff, | **ORDER ON PARTIES STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| Global Credit & Collection Corporation, | |
| Defendant. | |

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice.

SO ORDERED.

DATED this 26 day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE